IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    vs.                                                                                            2:05-CR-44

James Ronald Spires

ORDER

On March 25, 2005, the defendant appeared before the magistrate judge, and consented to enter a guilty plea before the magistrate judge.  The defendant pleaded guilty to Count 1 of the Indictment.  There was no plea agreement filed in this case.  On March 25, 2005, the magistrate judge filed a Report and Recommendation recommending that the defendant's plea of guilty be accepted.  There being no objections, the Court hereby ADOPTS the Report and Recommendation of the magistrate judge (Docket No. 17) that the defendant's plea be accepted.  The Court accepts the defendant's plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on that count.

Date:   June 20, 2005                                                    s/George C. Smith
                                                                                               George C. Smith
                                                                                               Untied States District Judge